# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

TO: The Court! Please appoint counsel!

In the United States District Court
For **MONTANA**

**Sherman Paul Hawkins**
[Enter above the full name of the plaintiff in this action.]

FoR The Civil Rights and Constitutional Rights violation of Petitioner's Constitutional and civil Rights applied with deliberate indifference to the harm it caused SPH Petitioner or the violation of his aforementioned guaranteed Civil Rights, articles 3, 4, 5, 8 and 14.

v.

**Stev Hurd, Brad Neuman, Timmy Trura, et al. and the Montana Parole Board and al of its members who are involved to any extent or manner with petitioner's case, herein, and et al.**

[Enter above the full name of the defendant or defendants in this action.]

SEP 10 2024
Clerk, U.S. Courts
District of Montana
Missoula Division

## I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [✓] *not on these allegations* I have always appealed: it has never done any good - except make me feel good

B. If your answer to A is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.]

  1. Parties to this previous lawsuit

     Plaintiffs _~~State~~ Sherman Paul Hawkins_

     Defendants _Montana Parole Board, Governor, Dept of Corrections Brad Neuman, Director, Warden Sampson Warden, Steve Hurd_

  2. Court [if federal court, name the district; if state court, name the county]
     _Montana Division - Missoula, MT_

  3. Docket number _unknown at this time - lost in all my moving_

  4. Name of judge to whom case was assigned _Can't remember, But... J. Wilson Yellowstone County_

*Coauthors who tops commented They (Coyotes) lied repeatedly on all charges ~~...~~*

5. Disposition [for example: Was the case dismissed? Was it appealed? Is it still pending?] *Petitioner is still sitting in prison — 52 years now. The charge is only for an unattested threat you period!!!*
6. Approximate date of filing lawsuit *over the past 2-3 years*
7. Approximate date of disposition *can't remember — Never ruled upon??? sent back to prison*

II. Place of Present Confinement *Montana State Prison*
   A. Is there a prisoner grievance procedure in this institution?
      Yes [✓] No [ ]

   *Every TIME Petitioner has a complaint or asks a question the Defendants add two (2) years to his release date!*

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ] *and received two more years added to my "time to serve." This does violate Due Process to the Courts!*

   C. If your answer is YES
      1. What steps did you take? *filed an objection and appeal/appealed — to went to Dept of Corrections*
      2. What was the result? *ignored and/or denied / at every interaction The Defendants add two more years to Defendants release Date!!*

   D. If your answer is NO, explain why not _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

   F. If your answer is YES,
      1. What steps did you take? *I appealed to everyone from the counselor to the warden, to the Governor (who directed" the people who did it to me To do nothing!*
      2. What was the result? *None — ignored; thus denied*

III. Parties
   [In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]
   A. Name of Plaintiff *Sherman Paul Hawkins*
      Address *700 Conly Lake Rd. Deer Lodge / 1605 West Beall, Bozeman MT* (Home)
   [In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.]

B. Defendant  el al., petitioner (all staff who control)  is employed as  governor/Dircto of warden, corrections, prison staff

STaff   at  Montana State Prison, Deer Lodge, MT

C. Additional Defendants  The Governor and Director Corrections, Attorneys for the Dept. and Board - such as Brad Newman who keeps adding Two (2) years to my release date every time I have contact with him, the Dept. or Mr. Hurd. Petition complains to Mr. Hurd. I never had a charge given me or hearing of either type.

IV. Statement of Claim  Never was personally served w/ complaint or charge
[State here as briefly as possible the *facts* of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

1st Brad Newman - out of the blue about years ago sent me a little telling me he was adding two (2) years to my release date. Each time I have an interaction with Steve Hurd or Brad Newman, they add two (2) more years to my parol release date. It's abuse of authority on a malicious act on both of their staff and is actionable - Petitioner putting together a large law suit against each and every errants staff involved for all the harm they have done = "diddo what I want - a quote from Mr. Hurd when he violated the doctrine of Respondeat sen punished me in addition. This is done without COURT AUTHORITY! and is actionable

V. Relief
[State briefly exactly what you want the court to do for you.] Make no legal arguments. Cite no cases or statutes.]  settle for $300,000,000

my relief is  I have not had a write-up in 17 years. I was out for (2) five years to release me  paroles - the last revocation was because I refused to break the law back to my home  and apply for a second Drivers license, as I already have a valid and life in Bozeman  drivers license and had at the time of the unlawful arrest and imprisonment montana and dad.  AND TO HAVE Mr. Newman and Mr. Hurd to recuse themselves. you can't be a bother me again from any further contact with me!  fact finder, investigate without a court  and judge order.  Mr. Amie Michels should be retrained or fired!!  Newman was all three!
The Defendants are not prosecutor, they are fact-finder and should act that way!

Signed this  23  day of  August , 19 2024

_Shannon Henkin_ (signature)
[Signature of Plaintiff]

If the staff in charge will do the same, As of now the P.O. reports is an endless derivation of aberrations, example: she tells Petitioner go home (his ranch) then calls it absconding

I declare under penalty of perjury that the foregoing is true and correct.

Then looked everywhere except my home: 991 Bruner Rd, Billings, MT.  _Sh.H._ (signature)
Aug 23 2024

[Date]   [Signature of Plaintiff]